

**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

December 1, 2025

Hon. Miroslav Lovric
United States District Court
Northern District of New York
15 Henry Street
Binghampton, New York 13901

   Re: *Spigner et al. v. New York State Department of Corrections and Community Supervision et al.* Docket No.: 9:24-cv-00520(AMN)(ML)

Dear Judge Lovric,

  I write to respectfully advise the Court that following an internal reassignment within the Office of the Nassau County Attorney, I will no longer be serving as counsel of record for the Nassau County Defendants in this matter.

  This case is in the process of being reassigned under the supervision of Litigation and Appeals Bureau Chief Matthew Rozea, Esq. Until new counsel appears, chambers may direct any interim scheduling or case-management inquiries to Mr. Rozea at mrozea@nassaucountyny.gov.

  Thank you for the Court's attention to this matter.

     Respectfully submitted,

     John Carnevale
     Deputy County Attorney