UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
COLOMBA SPIGNER, as Executor of the Estate of
MATTHEW SPIGNER, Decedent, and COLOMBA
SPIGNER, Individually,

                        Plaintiff,

          v.

NASSAU HEALTH CARE CORPORATION; NASSAU
COUNTY; NASSAU COUNTY SHERIFF'S
DEPARTMENT; JAMES DONAHUE, Superintendent of
Elmira Correctional Facility, in his individual capacity;
JOHN DOE 1, M.D., Facility Health Director of Cayuga
Correctional Facility, in his individual capacity; JOHN DOE
2, M.D., Facility Health Director of Elmira Correctional
Facility, in his individual capacity; PAULA BOZER, M.D.,
DOCCS Regional Medical Director for Wende Hub, in her
individual capacity; JOHN DOE 3, M.D., DOCCS Regional
Superintendent for Health Services for Elmira and Cayuga
Correctional Facilities, in his individual capacity; JOHN
DOE 4, M.D., Physician at Cayuga Correctional Facility, in
his individual capacity; JOHN DOE 5, M.D., Physician at
Elmira Correctional Facility, in his individual capacity;
TRACY BLATNEY, DOCCS Director of Health Services
Division, in her individual capacity; DR. CAROL MOORES,
DOCCS Deputy Commissioner and Chief Medical Officer,
in her individual capacity; PATRICIA HENDERSON, R.N.,
Deputy Superintendent for Health Services, in her individual
capacity; BETTY M. PARKMOND, R.N., DOCCS Nurse
Director, in her individual capacity; DR. JACK KEISER, a
physician at Cayuga Correctional Facility, in his individual
capacity; DR. AFSAR KHAN, a physician at Cayuga
Correctional Facility, in his individual capacity; NP
JAYSON PEREZ, a nurse practitioner at Cayuga
Correctional Facility, in his individual capacity; DR. BEN
OAKES, a physician at Elmira Correctional Facility, in his
individual capacity; DR. JOHN RICCIARDELLI, a
physician at Elmira Correctional Facility, in his individual
capacity; DR. DONNA L. HENIG, a physician employed by
Nassau County, in her individual capacity; DR. DANIEL
MCCALLY, a physician employed by Nassau County, in his
individual capacity; DR. NISHA PILLAI, a physician
employed by Nassau County, in her individual capacity; DR.
CARL-HENRY SANCHEZ, a physician employed by
Nassau County, in his individual capacity, and DR. OFEK

No. 24-CV-520 (AMN) (ML)

**NOTICE OF
APPEARANCE**

HAI, a physician employed by Nassau County Health Care
Corporation, in his individual capacity,

                                 Defendants.

-----------------------------------------------------------------------------x

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

      **PLEASE TAKE NOTICE** that Anthony Bagnuola of Greenberg Traurig, LLP, an attorney

duly authorized to practice in this court, hereby appears as attorney for Defendants Nassau County

and the Nassau County's Sheriff's Department, and respectfully requests that he be notified of all

filings by ECF.

Dated: Garden City, New York               GREENBERG TRAURIG, LLP
       February 26, 2026

                                       By: *s/ Anthony Bagnuola*
                                        Anthony Bagnuola
                                        900 Stewart Avenue, 5th Floor
                                        Garden City, NY 11530
                                        (516) 629-9607
                                        Email: Anthony.Bagnuola@gtlaw.com

                                    *Attorneys for Defendants*
                                    *Nassau County and Nassau County's*
                                    *Sheriff's Department*

TO:     All Counsel of Record (By ECF)