

# THE STEINER LAW FIRM, PLLC
### WWW.THESTEINERLAWFIRM.COM

March 31, 2026

<u>***Via ECF***</u>
Hon. Miroslav Lovric, U.S. Magistrate Judge
United States District Court, Northern District of New York

**Re: Spigner et al. v. DOCCS et al., No. 9:24-CV-00520 (AMN/ML)**
**Letter Motion for Enlargement of Time — Plaintiff's Expert Disclosures**

Dear Judge Lovric:

Plaintiff respectfully requests the Court's permission for an enlargement of time to serve expert disclosures, currently due today, April 1, 2026, under Dkt. No. 110. All defense counsel have graciously consented to this request.

We respectfully submit that good cause exists. Arthur Eliav, Esq. — who has been primarily responsible for this matter — has been dealing with a serious family medical emergency that has required his full attention and significantly limited his availability on this case. I have been covering in his absence. Compounding matters, I was assigned to trial on a Nassau County medical malpractice matter and, after several weeks of preparation and an expectation of selecting a jury on March 24th, on the 24th, that trial was adjourned to April 20, 2026. Despite these circumstances, counsel has been working diligently and remains committed to moving this matter forward as efficiently as possible.

Further, and perhaps most importantly, for reasons outside our control,  significant paper discovery outstanding (and perhaps further depositions) — discovery Plaintiff's experts may need to review before finalizing their opinions. Considering the foregoing, Plaintiff, with consent of all parties, respectfully requests that the Court extend all remaining pretrial deadlines by sixty (60) days

We thank the Court for its time and consideration of this request.

Respectfully submitted,

THE STEINER LAW FIRM, PLLC

***/s/ Norman Steiner***
Norman Steiner, Esq.
*Attorney for Plaintiff*


*cc: All Counsel of Record (via ECF)*

500 Executive Blvd Ste 302 Ossining, NY 10562 ✳ Telephone (914) 770-1000 ✳ Facsimile (646) 619-4025
norm@thesteinerlawfirm.com